# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-3749

| | | |
|---|---|---|
| James Luvene, | * | |
| Petitioner, | * | |
| | * | On application for Permission to file a Successive Habeas Petition |
| vs. | * | |
| | * | |
| United States of America, | * | CR 00-132 DSD/JMM |
| Respondent. | * | |

Before WOLLMAN, MCMILLIAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

**JUDGMENT**

Petitioner's petition for authorization to file a successive habeas application in the district court is denied. Mandate shall issue forthwith.

(5544-010199)

January 11, 2005

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
JAN 18 2005
U.S. DISTRICT COURT ST. PAUL