UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-132(DSD/JMM)
Civil No. 02-683 (DSD)

United States of America,

Plaintiff,

v. **ORDER**

James Luvene,

Defendant.

This matter is before the court upon defendant's pro se motion to "stay motion for appealability" and to correct his sentence under Federal Rule of Criminal Procedure 35. "Within 7 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error." Fed. R. Crim. P. 35. Defendant was sentenced October 18, 2000. The court may not correct that sentence pursuant to Rule 35 because not only have the seven days lapsed, but no clear error has been shown or is apparent to this court.

Defendant specifically requests that sentencing enhancements be dismissed, drug amount recalculated and sentence corrected. Taken together with defendant's request to stay a "motion for certificate of appealability," defendant apparently seeks to file a second or successive § 2255 motion without first obtaining

certification from the court of appeals.[1] See 28 U.S.C. § 2255. Because the present motion has not been certified as required by the statute, it must be dismissed.

Based on the file, record and proceedings herein, and for the reasons stated, **IT IS HEREBY ORDERED** that defendant's pro se motion for correction of sentence [Docket No. 90] is **denied.**

Dated: January 27, 2005

s/ David S. Doty
David S. Doty, Judge
United States District Court

[1] On May 30, 2002, the court denied defendant's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On April 15, 2004, the court construed another motion by defendant as an impermissible second or successive § 2255 motion.