OFFICE OF THE
**FEDERAL DEFENDER**
**District of Minnesota**
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

KATHERINE MENENDEZ
Chief of Training

MANNY K. ATWAL
LYONEL NORRIS
CAROLINE DURHAM
REGGIE ALIGADA
DOUGLAS OLSON
Assistant Defenders

TIM W. TREBIL
MIKE KAULFUSS
RENEE LEWIS
Investigators

**Release**

I, James Luvene, request the assistance of the Office of the Federal Defender for the District of Minnesota to review the sentence I am serving and to represent me in the process of seeking a reduced sentence. I am incarcerated and without sufficient funds to retain a lawyer to represent me in this matter.

I, James Luvene, hereby grant to the Office of the Federal Defender access to and the right to copy my Presentence Report and any other confidential documents related to my federal criminal case, case number 00-132 DSD. The Federal Defender needs to review these documents in connection with an anticipated resentencing in light of the new sentencing guidelines.

JAMES LUVENE
Printed Name

James Luvene
Signature

2/4/08
Dated