# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00cr132(1) (DSD)

JAMES WESLEY LUVENE,

Defendant(s).

I hereby certify that on February 8, 2008, I served, or caused to be served, the following documents:

**Government's Memorandum in Response to Defendant's Motion to Reduce Sentence**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Douglas Olson, AFD

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

James Luvene
#09402-041
Federal Prison Camp
Box 1000
Duluth, MN 55814

FRANK J. MAGILL, JR.
Acting United States Attorney

s/Danielle Saraceno

BY: DANIELLE SARACENO
Legal Assistant