AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
James Wesley Luvene

Case No: 00cr132(1)(DSD)
USM No: 09402-041

Date of Previous Judgment: 10/18/2000
(Use Date of Last Amended Judgment if Applicable)

Caroline Durham
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 151 months **is reduced to** 121 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34
Criminal History Category: I
Previous Guideline Range: 151 to 181 months

Amended Offense Level: 32
Criminal History Category: I
Amended Guideline Range: 121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 10/18/2000 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 05/13/2008

s/David S. Doty
Judge's signature

Effective Date: ____________
(if different from order date)

David S. Doty, U.S. District Judge
Printed name and title